**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-01000-CV

---

### IN RE MARTIN J. GONZALES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 433974**

---

## MEMORANDUM OPINION

On December 18, 2014, relator Martin J. Gonzales filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Christine Butts, presiding judge of Probate Court No. 4 of Harris County, to vacate her September 30, 2014 order appointing a temporary guardian over the person and

estate of the ward pending contest as void and all other orders that subsequently rely on the validity of that order.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.